**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 173.66.150.44**

**ISP:** Verizon Online, LLC
**Physical Location:** Annandale, VA

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 04/30/2018 09:01:59 | BE5562941F24CD37ECF6462B77EE712FF3E72B66 | In The Mood |
| 10/31/2017 19:57:22 | 0802112DAC6D02138248A91533DCFE59D4A1BC3C | The Tightest Blonde |
| 09/18/2017 16:49:48 | C9D2B11A1B927372B4810ED38E62024DD3E6EB82 | Piano Concerto |
| 09/10/2017 11:08:11 | 539C984669577DA9FAB75E8B583EE747173394F4 | I Cook Naked |
| 08/23/2017 13:21:38 | F9FFA6C3B56301B380A6E00E457C9F12F56825A8 | Fit For A Fuck |
| 08/16/2017 20:12:26 | B9B191163254F238198CF83325B8CBEFDD4D5407 | Black Lace and Blonde Hair in My Bed |
| 06/09/2017 20:12:06 | 565440F35F27ECAB9F34C652144C2D48152ECA0F | An Afternoon Inside Kim |
| 03/05/2017 11:07:44 | 0175B7690BC5E044C0E5C93299A6B6A0A34E618F | Deep Inside Gina |

**Total Statutory Claims Against Defendant: 8**

EXHIBIT A

EVA406